

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00575-CR

Ciarra **PLEASANT,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 387732
The Honorable Susan Skinner, Judge Presiding

# O R D E R

The court reporter's notification of late record is hereby GRANTED. Time is extended to January 16, 2017. **NO FURTHER EXTENSIONS WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court